**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00050-CV

## TUAN DO AND CHAU NGUYEN, Appellants

## V.

## MAN DO, INDIVIDUALLY AND D/B/A MR. DO COIN LAUNDRY, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13345**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning appellant, Tuan Do. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

We **DIRECT** the clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk, Diane Robert, Official Court Reporter for the 14th Judicial District Court, and all parties.

/s/ ELIZABETH LANG-MIERS
JUSTICE